DANIEL J. BRODERICK, #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSE LUIS VALDEZ-SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:08-cr-00007 AWI |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER THEREON |
| v. ) | |
| JOSE LUIS VALDEZ-SANCHEZ, ) | Date: July 7, 2008<br>Time: 9:00 A.M. |
| Defendant. ) | Judge: Hon. Anthony W. Ishii |

   **IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel, that **the Status Conference in the above-referenced matter now set for June 30, 2008, may be continued to July 7, 2008, at 9:00 A.M.**

   This continuance is requested by counsel for defendant because she will be out of her office on June 30, 2008, the date now set for hearing, due to a family emergency.  The requested continuance will conserve time and resources for all parties and the court.

///
///
///
///
///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2  justice, including but not limited to, the need for the period of time set forth herein in the interest of justice
3  and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and
4  (iv).

                                  McGREGOR W. SCOTT
                                  United States Attorney

DATED: June 24, 2008                      By:  /s/ Ian Garriques
                                                  IAN GARRIQUES
                                                  Assistant United States Attorney
                                                  Attorney for Plaintiff

                                  DANIEL J. BRODERICK
                                  Federal Public Defender

DATED: June 24, 2008                      By:  /s/ Francine Zepeda
                                                  FRANCINE ZEPEDA
                                                  Assistant Federal Defender
                                                  Attorneys for Defendant
                                                  JOSE LUIS VALDEZ-SANCHEZ

## **O R D E R**

**IT IS SO ORDERED**. Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:**   **June 25, 2008**                     /s/ **Anthony W. Ishii**
                                               UNITED STATES CHIEF DISTRICT JUDGE