```
McGREGOR W. SCOTT
United States Attorney
IAN L. GARRIQUES
Assistant U.S. Attorney
Suite 4401, Federal Courthouse
2500 Tulare Street
Fresno, CA 93721
Telephone: (559) 497-4000
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:08-cr-00007 AWI |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER THEREON |
| ) | FOR CONTINUANCE |
| v. ) | |
| ) | Date:  August 11, 2008 |
| JOSE LUIS VALDEZ-SANCHEZ, ) | Time:  9:00 a.m. |
| ) | Judge: Hon. Anthony W. Ishii |
| Defendant. ) | |
| _____) | |

　　　IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney and Ian L. Garriques, Assistant U.S. Attorney and Francine Zepeda, attorney for defendant, Jose Luis Valdez-Sanchez, that the status conference currently scheduled for July 7, 2008, be continued to **August 11, 2008** at 9:00 a.m. The parties agree that the delay from the continuance shall be excluded from the calculation of time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

　　　The reason for the continuance is to allow time for the preparation of a pre-plea presentence report and further plea negotiations.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for

defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

Dated: July 3, 2008                    Respectfully submitted,

                                       McGREGOR W. SCOTT
                                       United States Attorney

                                  By:  /s/ Ian L. Garriques
                                       IAN L. GARRIQUES
                                       Assistant U.S. Attorney


                                       DANIEL J. BRODERICK
                                       Federal Defender

Dated: July 3, 2008               By:  /s/ Francine Zepeda
                                       FRANCINE ZEPEDA
                                       Attorney for Defendant


**O R D E R**

The intervening period of delay shall be excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   July 7, 2008**                /s/ Anthony W. Ishii
                                   CHIEF UNITED STATES DISTRICT JUDGE